AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Connecticut

United States District Court
District of Connecticut
FILED AT    BRIDGEPORT
5/24/2012
Roberta D. Tabora, Clerk
By _____
Deputy Clerk

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No.  3:12MJ-149  (HBF) |
| Gary F. Anusavice, a/k/a Gary Andrews, a/k/a Gary Andrus, a/k/a Gary Francis, and Mehran Zamani | ) ) ) | |
| Defendant(s) | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of _____May 16, 2012_____ in the county of _____ in the
_____ District of _____Connecticut_____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C §371 | Conspiracy |
| 18 U.S.C §1347 | Health Care Fraud |
| 42 U.S.C. § 1320a-7b(a) | Making or causing to be made false statements involving federal health care programs |

This criminal complaint is based on these facts:
See Attached Affidavit of Special Agent Justin Lehnow, HHS-OIG dated May 16, 2012.

☑ Continued on the attached sheet.

_____
Complainant's signature

Justin Lehnow, Special Agent, HHS-OIG
Printed name and title

Sworn to before me and signed in my presence.

Date:  05/16/2012

_____
/s/ Holly B. Fitzsimmons, USMJ
Judge's signature

City and state:  Bridgeport, Connecticut        Hon. Holly B. Fitzsimmons, U.S. Magistrate Judge
Printed name and title